# Third District Court of Appeal
## State of Florida

Opinion filed June 8, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2046
Lower Tribunal No. 07-4899

————————

**Arnold Maya,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Arnold Maya, in proper person.

Lapin & Leichtling, LLP and Jan Timothy Williams (Jacksonville) and Adam B. Leichtling, for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.